IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re INACOM CORP., *et al.*, | |
| INACOM CORP., on behalf of all affiliated Debtors,[1]<br><br>Plaintiff,<br>v.<br><br>MATT CHRISTOPHER GROUP, INC.,<br><br>Defendant. | Civil Action No. 04-600 GMS<br><br>Adversary Case No. 02-04439 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

**NOTICE AND STIPULATION OF**
**<u>VOLUNTARY DISMISSAL WITH PREJUDICE OF COMPLAINT</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as made applicable hereto by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff InaCom Corp., *et al*, on behalf of all affiliated Debtors, and defendant Matt Christopher Group, Inc. hereby stipulate to the voluntary dismissal with prejudice of the *Complaint for Avoidance and Recovery of Preferential Transfers* (Docket No. 1 in the United States Bankruptcy Court for the District of Delaware, Adversary Case No. 02-04439) (the "Complaint") in the above-captioned action.

---

[1] The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

The parties stipulate to the dismissal of the Complaint with prejudice because the parties therein have settled the dispute at issue, and each party shall bear its own costs and attorneys fees incurred in the proceeding.

Dated: 3/3, 2006

| PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP | ROBERTSON & ASSOCIATES, P.A. |
|---|---|
| *signature* | *signature* |
| Laura Davis Jones (Bar No. 2436) | Richard L. Robertson |
| Sandra G. M. Selzer (Bar No. 4283) | 2730 East W. T. Harris Boulevard, Suite 101 |
| 919 North Market Street, 17th Floor | Charlotte, NC 28213-4108 |
| P.O. Box 8705 | Telephone: (704) 597-5774 |
| Wilmington, DE 19899-8705 (Courier 19801) | Facsimile: (704) 599-5603 |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |

Andrew W. Caine (Bar No. 110345)
Jeffrey P. Nolan (Bar No. 158923)
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

Counsel for Debtor/Plaintiff

Counsel for Matt Christopher Group, Inc.